ROGER KIRNOS (SBN: 283163)
rogerk@knightlaw.com
Russell Higgins (SBN: 226124)
russellh@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiffs
MARVIN P. STATON and PAMELA STATON

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN P. STATON and PAMELA STATON,<br><br>             Plaintiffs,<br>   vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; DECKER FORD, INC., a California Corporation, dba FUTURE FORD OF CLOVIS; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No: 2:20-cv-00139-AB-PD<br>Honorable Judge Andre Birotte, Jr.<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

-1-
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Marvin P. Staton and Pamela Staton ("Plaintiffs") and Defendant Ford Motor Company (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties settled all of Plaintiffs' claims and all settlement checks, including Plaintiffs' attorney's fees, costs and expenses, have been paid.

IT IS SO STIPULATED:

Respectfully Submitted,

Dated: 4/24/25                    **KNIGHT LAW GROUP, LLP**

By: */s/ Russell Higgins*
Roger Kirnos
Russell Higgins
Attorney for Plaintiffs
MARVIN P. STATON and PAMELA STATON

Dated: 04/25/2025                 **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Spencer P. Hugret*
Spencer P. Hugret
Attorneys for Defendant
FORD MOTOR COMPANY

-1-
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ Spencer P. Hugret*
Spencer P. Hugret